UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANIER THOMPSON,

       Plaintiff,                             Case No. 1:12-cv-1327

v.                                             HON. JANET T. NEFF

UNKNOWN SISSON, et al.,

       Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed May 13, 2013 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 36) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Temporary Injunction (Dkt 20) is DENIED for the reasons stated in the Report and Recommendation.

Dated: June 7, 2013                                             /s/Janet T. Neff
                                                              JANET T. NEFF
                                                              United States District Judge