UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANIER THOMPSON,

       Plaintiff,                                 Case No. 1:12-cv-1327

v.                                            HON. JANET T. NEFF

UNKNOWN SISSON, et al.,

       Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed Motions for Summary Judgment (Dkts 75, 78). The motions were referred to the Magistrate Judge, who issued a Report and Recommendation on April 9, 2014 recommending that this Court deny Plaintiff's motions. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 82) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motions for Summary Judgment (Dkts 75, 78) are DENIED for the reasons stated in the Report and Recommendation.

Dated: May 5, 2014                                                      /s/Janet T. Neff
                                                                           JANET T. NEFF
                                                                           United States District Judge